**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HARRY N. LEWIS,**<br><br>**Defendant.** | **CASE NO. 2:26-PO-00027**<br><br>**MAGISTRATE JUDGE JOLSON** |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is DISMISSED.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/31/2026
**DATE**